NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NEUTRAL TANDEM, INC.**
*Plaintiff-Appellant,*

v.

**PEERLESS NETWORK, LLC, PEERLESS NETWORK OF ILLINOIS, LLC, and JOHN BARNICLE,**
*Defendants-Appellees.*

---

2011-1144

---

Appeal from the United States District Court for the Northern District of Illinois in case no. 08-CV-3402, Judge John W. Darrah.

---

**JUDGMENT**

---

JOHN F. WARD, Ward & Olivo, of New York, New York, argued for the plaintiff-appellant. With him on the brief were MICHAEL G. GABRIEL; and FRANK J. CIANO, Goldberg Segalla, of White Plains, New York.

RUSSELL S. JONES, JR., Polsinelli Shughart, PC, of Kansas City, Missouri, argued for the defendants-appellees. With him on the brief was RICHARD P. STITT, of Overland Park, Kansas.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LINN, PROST, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


| December 13, 2011 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |